GO11-26(b)/ SP     / 86

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

IN RE: Clifton Keith Baird and Katelyn Rose Baird          CASE NO:    4:25-bk-14132 J

Chapter 13

## CHAPTER 13 ORDER OF COMPENSATION
## FOR ADDITIONAL SERVICES

Before the court is the Application for Compensation for Additional Services filed by the Debtors' counsel, DICKERSON LAW FIRM, on 04/24/2026, Docket Entry [54], for additional services and/or costs. The court finds that the application should be, and hereby is, approved. The Trustee is directed to pay the amount of $137.50 pursuant to 11 U.S.C. § 1326.

IT IS SO ORDERED.

Date:     05/20/2026

_____
/s/  Phyllis M. Jones
Phyllis M. Jones
U.S. Bankruptcy Judge

Approved by:

/s/  Mark T. McCarty
_____
Mark T. McCarty
Chapter 13 Standing Trustee

Comments:
4/24/26 Amd Scheds doc#52