IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:  CLIFTON KEITH BAIRD AND KATELYN                    CASE NO. 4:25-bk-14132
       BAIRD                                                                                       CHAPTER 13

**MOTION TO DISMISS, OR IN THE ALTERNATIVE,
MOTION FOR ADEQUATE PROTECTION**

Comes G&G Barn Rental, LLC ("G&G"), by and through its attorneys, Ramsay, Bridgforth, Robinson and Raley LLP, and for its Motion to Dismiss, or in the Alternative, Motion for Adequate Protection, moves the Court as follows:

1.      The Debtors filed this Chapter 13 bankruptcy proceeding on or about November 25, 2025.

2.      G&G is a creditor and an interested party in this bankruptcy proceeding pursuant to its Arkansas Rental Purchase Agreement ("Agreement") which evidences its ownership of one (1) New Metal Bargain Barn 10x12, Serial #: MBB-1012-101221-04584 ("the Portable Building"). A copy of the Agreement is attached to the Proof of Claim (Court Claim No. 4-1) filed herein on December 12, 2025, and is incorporated herein by this reference as if set forth word for word.

3.      The Debtors have not made the required payments to the Chapter 13 Trustee. Further, the payments to G&G on the Agreement are now approximately seven (7) months behind.

4.      G&G Rental is not adequately protected in this matter.

5.      This bankruptcy proceeding should be dismissed.

6.      Alternatively, the Debtors should be allowed twenty-one (21) days to modify their Chapter 13 Plan to either: (a) reject the Agreement and surrender the Portable Building to G&G Rental; or (b) immediately bring all payments to G&G current.

- 2 -

7.	G&G Rental is entitled to its attorney's fees and costs incurred herein.

WHEREFORE, G&G Rental prays that this Motion be granted; that this Court dismiss this bankruptcy proceeding; or alternatively, the Debtors should be allowed twenty-one (21) days to modify their Chapter 13 Plan to either: (a) reject the Agreement and surrender the Portable Building to G&G Rental; or (b) (b) immediately bring all payments to G&G current; that this Motion be set at the Court's earliest convenience; for its attorney's fees and costs incurred herein; and for all other proper and equitable relief.

Respectfully submitted,

RAMSAY, BRIDGFORTH, ROBINSON
AND RALEY LLP
Post Office Box 8509
Pine Bluff, Arkansas 71611
(870) 535-9000
Fax: (870) 535-8544
Email: pbennett@ramsaylaw.com
Attorneys for G&G Barn Rental, LLC

By ___/s/ Paul T. Bennett_____
        Paul T. Bennett        2001247

## CERTIFICATE OF SERVICE

I, Paul T. Bennett, one of the attorneys for G&G Barn Rental, LLC, do hereby certify that I have filed the foregoing in the CM/ECF electronic filing system, causing notice to be served as provided for therein this 22nd day of June, 2026.

By ___/s/ Paul T. Bennett_____
        Paul T. Bennett